IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 91-0324 WHA |
| Plaintiff, | C    96-2050 WHA |
| v. | |
| OLAF PETER JUDA, | **NOTICE RE: FEES** |
| Defendant. | |

On February 28, 2006, the Court granted applicant Olaf Peter Juda's requests to proceed *in forma pauperis* and for issuance of a certificate of appealability so that he might challenge the denial of his motion to vacate his sentence. The order mistakenly applied 28 U.S.C. 1915(b)(1) to determine the amount of fees that Mr. Juda would be required to pay. The Court *sua sponte* determined that the statute does not apply to Mr. Juda's case. The Court lost power, however, to revise its order when the Ninth Circuit took jurisdiction over the appeal. Applicant may wish to ask the Court of Appeals to correct this error, or remand the case to this Court for the limited purpose of reconsidering the order on the *in forma pauperis* request.

Dated: March 9, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE