IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OLAF PETER JUDA,<br><br>  Defendant.<br>                                                                    / | No. CR 91-00324 WHA<br>    C    96-2050 WHA<br><br>**REQUEST FOR RESPONSE** |

    On December 4, 2006, defendant Olaf Peter Juda filed a "motion for injunctive relief against probation officer." The Court requests that the government respond by January 5, 2007.

**IT IS SO ORDERED.**

Dated: December 6, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE