IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

OLAF PETER JUDA,

    Defendant.

No. CR 91-0324 WHA
No. C 96-02050 CAL

**ORDER REQUESTING RESPONSE**

Petitioner Olaf Peter Judah was released from federal prison on March 30, 2010, after serving 19 years imprisonment.  He has now filed a motion for return of property including identification documentation pursuant to Federal Rule of Criminal Procedure 41(g).  The Court requests that the government respond by **NOON ON MAY 13, 2010.**  Therein, please indicate (1) whether the government has or had the property at issue, (2) if so, whether the government opposes returning it to petitioner, (3) if not, whether it has been lost or destroyed, and (4) whether relief pursuant to Rule 41(g) is timely or appropriate.  The Court will thereafter determine whether any further briefing is necessary.

**IT IS SO ORDERED.**

Dated: May 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE