IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

OLAF PETER JUDA,

    Defendant.

No. CR 91-0324 WHA
No. C 96-02050 CAL

**ORDER GRANTING EXTENSION FOR GOVERNMENT'S RESPONSE**

    Petitioner Olaf Peter Judah was released from federal prison on March 30, 2010, after serving 19 years imprisonment. On April 30, 2010, he filed a motion for return of property including identification documentation pursuant to Federal Rule of Criminal Procedure 41(g). The government has requested an extension to file its response until May 24, 2010, so that it may have time to coordinate with defense counsel to help obtain identification documents for petitioner, and to pull ICE's files from storage to determine whether petitioner's possessions were returned to his counsel after sentencing, or were lost or destroyed. For good cause shown, the extension is **GRANTED**. The government shall file a written status report on or before **NOON ON MAY 24, 2010.** The report should include a proposed timetable for resolving any issues which are not resolved informally by that date.

    **IT IS SO ORDERED.**

Dated: May 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE