IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OLAF PETER JUDA,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. CR 91-0324 WHA<br>No. C 96-02050 CAL<br><br>**ORDER REQUESTING RESPONSE** |

　　　Petitioner Olaf Peter Judah was released from federal prison on March 30, 2010, after serving 19 years imprisonment. In April 2010, he filed a motion for return of property including identification documentation pursuant to Federal Rule of Criminal Procedure 41(g). He has now submitted a letter to the Court stating that his property has been returned by ICE. He requests that ICE pay for some of his costs incurred due to his lack of identification documentation. The Court requests that the government respond to this request by **NOON ON AUGUST 5, 2010**. The Court will then determine whether any further briefing is necessary.

　　　**IT IS SO ORDERED.**

Dated: July 23, 2010.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE