1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

OLAF PETER JUDA,

        Defendant.

_____/

No. CR 91-0324 WHA
No. C 96-02050 CAL

**ORDER REQUESTING
CLARIFICATION
FROM PETITIONER**

      Petitioner Olaf Peter Judah was released from federal prison on March 30, 2010, after

serving 19 years imprisonment.  In April 2010, he filed a motion pursuant to Federal Rule of

Criminal Procedure 41(g) for return of property including identification documentation seized by

the government 19 years ago.  He subsequently submitted a letter stating that his property was

returned by ICE on July 15, 2010.  He also requested that ICE pay for certain costs that he

incurred before the return of his property.  He failed to specifically identify those costs or the

legal basis for him to recover them.  The government opposes petitioner's request.  Petitioner

may file an additional brief of no more than 5 pages no later than **NOON ON AUGUST 25, 2010.** In

this brief, he should specifically identify all costs he seeks to recover, as well as the legal

authority pursuant to which he seeks to recover them.


      **IT IS SO ORDERED.**


Dated:  August 10, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE