UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     Vs.<br><br>OLAF JUDA,<br><br>           Defendant. | No. CR-91-00324-WHA<br><br>[PROPOSED] ORDER PERMITING TRAVEL TO AND STAY IN SAN DIEGO, CALIFORNIA FROM DECEMBER 16, 2010 TO JANUARY 17, 2011 |

Defendant Olaf Juda, his attorney Steven F. Gruel, the United States Attorney's Office for the Northern District of California, and the United States Probation Office appeared in Court on December 14, 2010 in this matter.

PREDICATED upon the reasons discussed in Court on December 14, 2010, it is hereby ordered that from December 16, 2010 to January 17, 2011, defendant Olaf Juda be permitted to leave the Residential Reentry Center (half-way house) where he currently resides and travel to and reside in San Diego, California.

*[PROPOSED] ORDER*

- 1

WHILE IN San Diego, California, Defendant shall reside at his sister's house.  Her name, address and telephone number are:   Angela Homnick, 5437 Redland Drive, San Diego, California 92115; [Telephone Number 619-583-6930]. During this stay in San Diego and upon the approval of the United States Probation Office, Defendant may also reside at his sister's mother-in-law's house.  Her name, address and telephone number are:  Virgina Homnick, 4778 Lucille, San Diego, California 92105; [Telephone number 619-583-4257].

ALSO, while Mr. Juda is permitted to leave his sister's home during the day, he is ordered to return to his sister's home each night by 10:00 p.m.     From 10:00 pm to until 5:00 a.m. he will be confined to his sister's residence.  However,  upon the approval of the United States Probation Office, Mr. Juda may stay overnight at his sister's mother-in-law's house  mentioned above.

DEFENDANT shall return to the Residential Reentry Center in San Francisco on January 17, 2011.

The parties agreed to continue this matter until January 25, 2011 at 2:00 p.m.

IT IS SO ORDERED.

DATED:December 15, 2010.   HONORABLE WILLIAM H. ALSUP
United States District Court

*[PROPOSED]* ORDER

- 2 -