**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 91-0324 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING ON MARCH 1, 2011** |
| OLAF PETER JUDA, | |
| Defendant. / | |

As no renewed motion to terminate supervision was filed, the hearing on March 1, 2011, at 2:00 p.m., is **VACATED**, unless counsel contact the Court's Deputy Clerk to keep the hearing on calendar for some other purpose.

**IT IS SO ORDERED.**

Dated: February 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE