United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OLAF PETER JUDA,<br><br>    Defendant.<br>                                          / | No. CR 91-0324 WHA<br><br>**ORDER REGARDING SUBMISSIONS BY DEFENDANT AND REQUESTING RESPONSE FROM DEFENSE COUNSEL** |

    Defendant has filed — *without* the assistance of his attorney, Steven Gruel — a "motion to dismiss government's application to revoke supervised release," a "motion for leave to file *in proper person*," and a "notice of motion, motion to file in proper person, and motion to dismiss revocation hearing for lack of jurisdiction." Defendant noticed a hearing for April 19, 2011, at 2:00 p.m. That hearing is **VACATED**. A hearing will be reset by the Court if necessary. The first step to resolving defendant's submissions is a response from Attorney Gruel as to whether he continues to represent defendant in this matter and, in light of his response thereto, how to proceed. Attorney Gruel shall please respond by **MARCH 21, 2011**.

    **IT IS SO ORDERED.**

Dated: March 16, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE