UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 91-0324 WHA |
| Plaintiff, ) | [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS |
| v. ) | |
| OLAF PETER JUDA, ) | |
| Defendant. ) | |

BOTH SIDES HAVING STIPULATED AND AGREED AND GOOD CAUSE APPEARING, it is hereby ORDERED that:

The hearing on defendant's motion to dismiss previously scheduled for April 19, 2011 at 2:00 p.m. is continued until April 26, 2011 at 2:00 p.m. The defendant's reply is due April 19, 2011.

Dated: April 7, 2011.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[P̶r̶o̶p̶o̶s̶e̶d̶] Order to Continue
CR 91-0324 WHA