**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

OLAF PETER JUDA,

        Defendant.

No. CR 91-0324 WHA

**ORDER STRIKING AND DENYING DEFENDANT'S "MOTION TO DISMISS GOVERNMENT'S APPLICATION TO REVOKE SUPERVISION FOR LACK OF EVIDENCE"**

    Defendant is represented by Attorney Steven Gruel. When a criminal defendant is represented by an attorney, the attorney and only the attorney speaks for the defendant and is authorized to make motions. Now defendant himself has filed a "motion to dismiss government's application to revoke supervision for lack of evidence." This procedure will not be tolerated any longer. Attorney Gruel is ordered to meet with his client and decide whether *Attorney Gruel* will make this motion and, importantly, whether such motion can be made in good faith.

    Defendant's motion is **STRICKEN FROM THE RECORD** and **DENIED**.

    **IT IS SO ORDERED.**

Dated: May 4, 2011.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE