United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OLAF PETER JUDA,<br><br>    Defendant.<br>_____/ | No. CR 91-0324 WHA<br><br>**ORDER MEMORIALIZING IMPOSED CONDITIONS OF SUPERVISED RELEASE** |

As stated at the hearing on June 7, the following conditions of supervised release are imposed for the remainder of defendant's five-year term of supervised release:

While on supervised release, the defendant shall not commit any federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, shall refrain from the unlawful use of a controlled substance, and submit to drug testing within 15 days of release and two periodic drug tests thereafter, and shall comply with the following additional conditions:

(1) that the defendant shall report as directed by the probation officer to the probation office in the district to which the defendant is released and shall, if requested by the probation officer, submit a truthful and complete written report within the first five days of every month;

(2) the defendant shall submit his person, property, place of residence, office, vehicle, and personal effects to search at any time of the day or night, with or without a warrant, with or without probable cause, and with or without reasonable suspicion, by a probation officer or any federal, state, or local law enforcement officer. Failure to submit to such a search may be grounds for revocation. The defendant shall warn any residents that the premises may be subject to searches;

(3) the defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; and

(4) the defendant shall notify the probation officer at least ten days prior to any change of residence or employment.

This order also approves and incorporates the conditions as further set forth in the Conditions of Probation and Supervised Release form submitted to the Court by the probation officer, which form the defendant signed on June 7 after the hearing, and about which he acknowledged his full understanding. The Clerk shall file the Conditions of Probation and Supervised Release form on the docket dated June 7, 2011.

**IT IS SO ORDERED.**

Dated: June 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2