IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 91-0324 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION TO TERMINATE SUPERVISION** |
| OLAF PETER JUDA, | |
| Defendant. | |

Defendant moves *pro se* to terminate supervised release pursuant to 18 U.S.C. 3583(e)(1), which states: "The court may . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Even if the motion were deemed timely, this order finds that such action is not warranted by the conduct of the defendant released and the interest of justice. After myriad proceedings subsequent to defendant's release from incarceration, defendant has just recently settled in San Diego after supervision of defendant there was arranged to accommodate him. Accordingly, it is not true that "[t]here is no need for further supervision." Supervision has just begun. Defendant's motion is **DENIED**. The Clerk shall serve this order on defendant at his San Diego address.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE