IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OLAF PETER JUDA,<br><br>    Defendant.<br>_____ / | No. C 91-00324 WHA<br><br>**ORDER DENYING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE** |

On August 29, 2011, an order issued denying defendant's motion to terminate supervision (Dkt. No. 685). Defendant moves, again, for termination of supervision. Defendant points to no change in circumstances since denial of his first motion to terminate supervised release. Thus, the motion to terminate supervised released is **DENIED**.

Defendant also moves for default judgment on the motion to terminate supervision. Default judgment is permitted in civil cases where "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." FRCP 55. Defendant's motion for default judgment in this criminal case is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 11, 2011.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE