1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   BARBARA BRENNAN SILANO (MASSBAR 055540)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7223
7       Facsimile: (415) 436-6982
        E-Mail:    Barbara.Silano@usdoj.gov
8

9   Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )   No.  CR 91-0324 WHA
                                        )
14          Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER TO
                                        )   CONTINUE STATUS HEARING ON
15          v.                          )   SUPERVISED RELEASE VIOLATION NOTICE
                                        )   FORM 12
16  OLAF PETER JUDA,                    )
                                        )
17          Defendant.                  )
                                        )
18  _____ )

19

20          Defendant is before the Court on a supervised release violation signed by U.S. Probation

21  Bobby Love on November 21, 2011.  Counsel Steven Gruel was appointed by the Court to

22  represent Mr. Juda on this most recent violation.

23          The case is currently scheduled for March 6, 2012 before this Court for status.  Both

24  parties, joined by U.S. Probation Officer Love, request that the matter be continued until April

25  24, 2012.  Mr. Gruel is currently traveling often out of state on a family health emergency.  In

26  addition, Mr. Gruel has requested time to familiarize himself with the new violation.  Continuing

27  the matter by stipulation and order has the added benefit of allowing the defendant to avoid a

28

costly and potentially unproductive trip to the Northern District of California.

WHEREFORE, for the reasons stated herein, both sides stipulate and agree that the status hearing currently scheduled for March 6, 2012, at 2:00 p.m., be continued until April 24, 2012 at 2:00 p.m..

Respectfully Submitted,

Date: February 23, 2012                    MELINDA HAAG
                                           United States Attorney


                                           ___/s/_____
                                           BARBARA BRENNAN SILANO
                                           Assistant United States Attorney

1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   BARBARA BRENNAN SILANO (MASSBAR 055540)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7223
7       Facsimile: (415) 436-6982
        E-Mail:    Barbara.Silano@usdoj.gov
8
9   Attorneys for the United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    No.  CR 91-0324 WHA
                                     )
14          Plaintiff,               )    [PROPOSED] ORDER TO
                                     )    CONTINUE STATUS HEARING
15              v.                   )
                                     )
16  OLAF PETER JUDA,                 )
                                     )
17          Defendant.               )
                                     )
18  _____ )

19          BOTH SIDES HAVING STIPULATED AND AGREED AND GOOD CAUSE

20  APPEARING, it is hereby ORDERED that:

21          The status hearing on the supervised release violation currently scheduled for March 6,

22  2012 at 2:00 p.m. is hereby continued until April 24, 2012 at 2:00 p.m.

23

24  Dated:  February 24, 2012.         _____

25                                     William Alsup
                                       UNITED STATES DISTRICT JUDGE
26

27

28