STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Olaf Peter Juda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-91-0324-WHA |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE THE MAY 15, 2012 |
| Vs. | ) HEARING DATE TO JULY 10, 2012 |
| | ) |
| OLAF PETER JUDA, | ) Honorable William H. Alsup |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

Barbara Silano, counsel for the Plaintiff, and Defendant Olaf Peter Juda, by his Counsel, Steven

F. Gruel, that the probation hearing currently scheduled for May 15, 2012, at 2:00 p.m., is

continued to July 10, 2012 at 2:00 p.m., or as soon thereafter as is convenient for the Court.

The reason and good cause for this continuance is that defense counsel and the United

States Probation Officer in San Diego have had scheduling conflicts which have not allowed

their meeting to take place. This additional time will allow for this meeting to occur and also for

1  possibility of the United States Attorney's Office to assist in the effort to transfer Mr. Juda's

2  supervision to the Southern District of California.

3        The United States Probation Officer, Bobby Love, assigned to this case has been notified

4  of this continuance and he has no objection to this continuance. He has also indicated that July

5  10, 2012, is an available date for him.

6        IT IS SO STIPULATED.

7

8  Dated:  May 14, 2012        ____/s/_____
                                STEVEN F. GRUEL
9                               Attorney for Olaf Peter Juda

10

11 Dated:  May 14, 2012        __/s/_____
                                BARBARA SILANO
12                              Attorney for United States of America

13

14

15                          [PROPOSED] ORDER

16

17     IT IS SO ORDERED.

18  Dated:  May 15, 2012.        _____
                                  William Alsup
19
                                  UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26                *STIPULATION AND [PROPOSED] ORDER TO CONTINUE
                  THE MAY 15, 2012, HEARING DATE*