STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Olaf Peter Juda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    Vs.<br><br>OLAF PETER JUDA,<br><br>         Defendant. | No. CR-91-0324-WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JULY 10, 2012 HEARING DATE TO SEPTEMBER 18, 2012<br><br>Honorable William H. Alsup |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Barbara Silano, counsel for the Plaintiff, and Defendant Olaf Peter Juda, by his Counsel, Steven F. Gruel, that the probation hearing currently scheduled for July 10, 2012, at 2:00 p.m., is continued to September 17, 2012 at 2:00 p.m., or as soon thereafter as is convenient for the Court.

The reason and good cause for this continuance is that defense counsel suffered a detached retina in his left eye which necessitated emergency eye surgery. This occurred on June

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE*
*THE JULY 10, 2012, HEARING DATE*

21, 2012. The surgery involved a buckle being placed around the eye and a gas bubble being inserted into the eye. Defense counsel's left eye is swollen shut, he must keep his head down and has limited reading and typing ability.  His surgeons' consider him temporarily disabled. The United States Probation Officer, Bobby Love, assigned to this case has been notified of this continuance and he has no objection to this continuance. He has also indicated that September 17, 2012, is an available date for him.

     IT IS SO STIPULATED.

Dated:  July 10, 2012          __/s/_____
                                      STEVEN F. GRUEL
                                      Attorney for Olaf Peter Juda


Dated:  July 10, 2012          __/s/_____
                                      BARBARA SILANO
                                      Attorney for United States of America


[~~PROPOSED~~] ORDER


IT IS SO ORDERED.   The hearing will be at 2:00 p.m. on September 18, 2012.

Dated:  July 10, 2012.
                                      William Alsup
                                      UNITED STATES DISTRICT JUDGE