IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OLAF PETER JUDA,

    Defendant.

No. CR 91-0324 WHA

**ORDER REQUIRING RESPONSE RE DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Defendant Olaf Peter Judah was sentenced to a term of custody with the Bureau of Prisons followed by five years of supervised release. On June 7, 2011, this Court imposed a number of conditions of supervised release to which defendant was required to adhere. Defendant has now filed a *pro se* motion for early termination of supervision. Defendant's prior *pro se* motions for early termination were denied in August 2011 and October 2011, as defendant's term of supervised release had only recently begun. Specifically, the August 2011 stated that:

> Even if the motion were deemed timely, this order finds that such action is not warranted by the conduct of the defendant released and the interest of justice. After myriad proceedings subsequent to defendant's release from incarceration, defendant has just recently settled in San Diego after supervision of defendant there was arranged to accommodate him. Accordingly, it is not true that "[t]here is no need for further supervision." Supervision has just begun.

(Dkt. No. 685). Defendant's current motion states that, during a hearing in 2011, the undersigned suggested that defendant file a motion for early termination of supervised release after eighteen months on supervision. Defendant asserts that he has been transferred to "minimal administrative supervision" with a probation officer in San Diego, Elizabeth Simons, and that Ms. Simons stated that she would not object to or oppose a motion for early termination. He

further asserts that there is no record of any violation of the terms of his supervised release while on supervision in San Diego.

The government should respond to defendant's motion for early termination. Probation should also submit a response to the motion, particularly as to defendant's representations regarding his record on supervised release thus far, including in San Diego, and whether probation opposes or supports the motion. Responses are due by **MARCH 7, 2013.**

**IT IS SO ORDERED.**

Dated: February 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE