IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OLAF PETER JUDA,<br><br>    Defendant.<br>_____/ | No. CR 91-00324 WHA<br><br>**ORDER GRANTING DEFENDANT'S FIFTH MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

On April 1, 2014, *pro se* defendant Olaf Peter Juda submitted his fifth motion for early termination of supervised release. A prior order dated October 31, 2013, had denied defendant's fourth request for early termination, but stated (Dkt. No. 728 at 3) (emphasis added):

> If defendant continues to perform satisfactorily and in accordance with the conditions of supervised release, *it is the intention of the Court to terminate supervision early . . . .* This is in large part because of defendant's behavior thus far, as well as the affirmative statement by the government that it has no opposition to early termination.

Accordingly, defendant makes this motion now. The government and San Francisco Probation Officer Bobby Love were requested to respond, and both agree that defendant has complied with his conditions of supervised release and has no violations. For that reason, the government states that it does not oppose early termination (Dkt. No. 734). Probation Officer Love, however, does not agree largely due to defendant's role (*i.e.*, captain of vessel) in committing arson on the high seas, and his belief that defendant has not shown exceptionally good behavior.

With supervision already set to expire to expire on August 12, 2015, defendant has completed just over three-and-a-half years of supervised release without any arrests or new criminal convictions during that time. He has also satisfied the requirements for substance-abuse testing. While Probation Officer Love does not support early termination, defendant's probation officer in the Southern District of California — where defendant currently resides — has stated that he does not object to the present motion. As such, and in light of the government's affirmative statement of non-opposition to early termination, defendant's motion is **GRANTED**. Supervised release is hereby **TERMINATED**, effective now.

**IT IS SO ORDERED.**

Dated: April 28, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE